DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL A. ZAHEER, State Bar #237118
ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3822
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:          daniel.zaheer@sfgov.org
                      robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DELCASTILLO,<br><br>           Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN CHIN, JASON GALLAGHER, KEVIN HORAN, ROBERT KOBOLD, STEVEN NEEDHAM, ROBIN ODUM, TYLER ROPELATO, WAYMAN YOUNG, and DOES 1-25, inclusive,<br><br>           Defendants. | Case No. C08-3020 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MEDIATION DEADLINE** |

1  WHEREAS on December 19, 2008, the Court ordered that a mediation in this case was to be
2  completed within 120 days;
3  WHEREAS on March 12, 2009, the parties conducted a pre-mediation conference call with
4  the Court appointed mediator, Martin H. Dodd,
5  WHEREAS during the call, the parties and the mediator agreed that a mediation would not be
6  constructive until the parties had the opportunity to complete party depositions and other discovery;
7  WHEREAS the parties and the mediator agreed that the mediation date should be postponed,
8  subject to the Court's approval, to December 14, 2009;
9  Accordingly, THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's
10 approval, that the period to complete the mediation in this case should be extended through December
11 31, 2009.

Dated:  April 7, 2009            DENNIS J. HERRERA
                                 City Attorney
                                 JOANNE HOEPER
                                 Chief Trial Deputy
                                 DANIEL A. ZAHEER
                                 Deputy City Attorneys

                          By:   - /s/  -   Daniel A. Zaheer
                                 DANIEL A. ZAHEER

                                 Attorneys for Defendants
                                 CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  April 7, 2009

                          By:   - /s/  -   Kenneth Frucht
                                 KENNETH FRUCHT
                                 Attorney for Plaintiff
                                 ANTONIO DELCASTILLO

                                 *Pursuant to GO 45, the electronic signatory has
                                 obtained approval from this signatory.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  4/8/09
                                 _____
                                 HON. PHYLLIS J. HAMILTON
                                 UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton