UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANTONIO DELCASTILLO,<br>    Plaintiff,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br>    Defendants.<br>_____/ | No. C 08-3020 PJH MED<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY INDIVIDUAL POLICE OFFICER DEFENDANTS**<br><br>Date:   December 14, 2009<br>Mediator:   Martin Dodd |

IT IS HEREBY ORDERED that the individual named police officer defendants, Kevin Chin, Jason Gallagher, Kevin Horan, Robert Kobold, Steven Needham, Robin Odum, Tyler Ropelato, and Wayman Young, are excused from personally appearing at the December 14, 2009, mediation session before Martin Dodd.  These defendants shall be available to participate by telephone during the mediation as necessary, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

December 10, 2009               By:   *Elizabeth D. Laporte*

Dated                                            Elizabeth D. Laporte
                                                 United States Magistrate Judge