DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DANIEL A. ZAHEER, State Bar #237118
ROBERT A. BONTA, State Bar #202668
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3822
Telephone:     (415) 554-4268
Facsimile:      (415) 554-3837
E-Mail:          daniel.zaheer@sfgov.org
                     robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DELCASTILLO,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN CHIN, JASON GALLAGHER, KEVIN HORAN, ROBERT KOBOLD, STEVEN NEEDHAM, ROBIN ODUM, TYLER ROPELATO, WAYMAN YOUNG, and DOES 1-25, inclusive,<br><br>             Defendants. | Case No. C08-3020 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR DEPOSITION OF DR. RUBEN RUIZ**<br><br>**(CIV. L.R. 7-12)**<br><br>Trial Date:              August 16, 2010 |

1  WHEREAS on December 18, 2008, the Court issued a scheduling Order for this case setting forth various deadlines, including that the parties should exchange expert disclosures on February 17, 2010 and that expert discovery should be completed by March 17, 2010 (*see* Dkt. #15);

4  WHEREAS on February 18, 2010, plaintiff Antonio DelCastillo disclosed by mail that he intends to rely upon the expert testimony of his treating psychiatrist, Dr. Ruben Ruiz;

6  WHEREAS although defendants contend that the disclosure was untimely, they nonetheless in an abundance of caution intend to obtain the deposition of Dr. Ruiz;

8  WHEREAS Dr. Ruiz has indicated that he will not be available for deposition until March 29, 2010 or later;

10  Therefore, the parties by and through their counsel agree and stipulate that the deadline for completion of the deposition of Dr. Rubin Ruiz be extended up to and including April 16, 2010. The parties further respectfully request that the Court enter an appropriate order modifying its scheduling order to permit the deposition to proceed based upon the parties' stipulation.

Dated:  February 25, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DANIEL A. ZAHEER
Deputy City Attorney


By:  _____/s/_____
DANIEL A. ZAHEER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  February 25, 2010

By:  _____/s/_____
KENNETH FRUCHT
Attorney for Plaintiff
ANTONIO DELCASTILLO

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS ORDERED that defendants may take the deposition of Dr. Ruben Ruiz on or before April 16, 2010.

DATED: 3/8/10



HON. PHYLLIS J. HAMILTON
IT IS SO ORDERED
Judge Phyllis J. Hamilton