1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DANIEL A. ZAHEER, State Bar #237118
   ROBERT A. BONTA, State Bar #202668
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3822
   Telephone:     (415) 554-4268
7  Facsimile:     (415) 554-3837
   E-Mail:        daniel.zaheer@sfgov.org
8                 robert.bonta@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO DELCASTILLO,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN CHIN, JASON GALLAGHER, KEVIN HORAN, ROBERT KOBOLD, STEVEN NEEDHAM, ROBIN ODUM, TYLER ROPELATO, WAYMAN YOUNG, and DOES 1-25, inclusive,<br><br>        Defendants. | Case No. C08-3020 PJH<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS ARISING FROM THE DECEMBER 16, 2007 INCIDENT**<br><br>Trial Date:         August 16, 2010 |
|---|---|

1     The undersigned parties hereby STIPULATE by and through their attorneys of record that any and all of plaintiff's claims that are premised upon the "Second Incident" or the "December 16, 2007 incident" as alleged in the Complaint herein, including but not limited to paragraphs 22-24 and 31 of such Complaint, shall be DISMISSED WITH PREJUDICE.  Accordingly, all claims against defendant Officers Steven Needam and Kevin Chin shall be DISMISSED WITH PREJUDICE.

    IT IS SO STIPULATED.

Dated:  April 7, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DANIEL A. ZAHEER
Deputy City Attorney


By: _____/s/_____
DANIEL A. ZAHEER
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

Dated:  April 7, 2010

By: _____/s/_____
KENNETH FRUCHT
Attorney for Plaintiff
ANTONIO DELCASTILLO

**[PROPOSED] ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

DATED: 4/9/10  _____
HON. PHYLLIS HAMILTON
DISTRICT COURT JUDGE

