1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   JOSHUA S. WHITE, State Bar #237223
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4259 (White)
   Telephone:    (415) 554-4268 (Bonta)
7  Facsimile:    (415) 554-3837
   E-Mail:       joshua.white@sfgov.org
8                robert.bonta@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.
10

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14  ANTONIO DELCASTILLO,                    Case No. C08-3020 PJH
                                            ORDER DENYING REQUEST
15              Plaintiff,                  S~~TIPULATION AND [PROPOSED~~]
                                            ~~ORDER~~ TO CONTINUE TRIAL
16       vs.

17  CITY AND COUNTY OF SAN
    FRANCISCO, KEVIN CHIN, JASON
18  GALLAGHER, KEVIN HORAN,
    ROBERT KOBOLD, STEVEN
19  NEEDHAM, ROBIN ODUM, TYLER
    ROPELATO, WAYMAN YOUNG, and
20  DOES 1-25, inclusive,

21              Defendants.

Stipulation to Continue Trial                    1
CASE NO. C08-3020 PJH

1   WHEREAS the trial in this matter is currently set for August 16, 2010.  The pre-trial
2   conference is currently set for June 22, 2010.  The last day to meet and confer regarding pre-trial
3   submissions is June 11, 2010.
4   WHEREAS Deputy City Attorney Joshua S. White became trial counsel in this case on
5   approximately April 20, 2010, when Deputy City Attorney Daniel Zaheer left the City Attorney's
6   Office.  Mr. White is also trial counsel in the case of *Jonathan Meas v. City and County of San*
7   *Francisco, et al.,* U.S. District Court Case CV-08-4075-PJH, a case that is set to go to trial before the
8   Honorable Phyllis J. Hamilton on June 3, 2010 and continue until June 18, 2010.
9   WHEREAS in light of the aforementioned trial schedule, Mr. White will not have sufficient
10  time to devote to his pre-trial submissions in this case.
11  WHEREAS Plaintiff's counsel agrees that the trial should be continued.
12  WHEREAS the parties have met and conferred regarding future trial dates.
13  THE PARTIES HEREBY AGREE AND STIPULATE that the trial is continued until March
14  15, 2011.  All other dates, including the date of the pre-trial conference, will be calculated based on
15  the new trial date.

Dated:  May 5, 2010                    DENNIS J. HERRERA
                                       City Attorney
                                       JOANNE HOEPER
                                       Chief Trial Attorney


                                       By:    */s/ Joshua S. White*
                                       JOSHUA S. WHITE
                                       Attorneys for Defendants

Dated:  May 5, 2010



                                       By:    */s/ Kenneth Frucht*
                                       KENNETH FRUCHT

                                       Attorney for Plaintiff


                                       [The filer of this document attests that concurrence in
                                       the filing of this document has been obtained from
                                       plaintiff, and shall serve in lieu of his signature.]

Stipulation to Continue Trial                    2
CASE NO.  C08-3020 PJH

**ORDER**

The trial in this case currently set for August 16, 2010 at 8:30 a.m. is continued to March 15, 2011 at 8:30 a.m. All other dates, including the date of the pretrial conference, will be calculated based on the new trial date.

IT IS SO ORDERED.

Dated: May 6, 2010

**DENIED**
Judge Phyllis J. Hamilton

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

PARTIES ARE DIRECTED TO THE CASE MANAGEMENT AND PRETRIAL ORDER WHICH DOES NOT PERMIT MODIFICATION OF TRIAL DATE BASED ON STIPULATION. ADDITIONALLY NO GOOD CAUSE HAS BEEN SHOWN.