Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Antonio DelCastillo

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DELCASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, KEVIN CHIN, GALLAGHER, KEVIN HORAN, ROBERT KOBOLD, STEVEN NEEDHAM, ROBIN ODUM MICHAEL REDMOND, TYLER ROPELATO, WAYMAN YOUNG, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.: C 08-03020 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff hereby requests that the above action be dismissed WITH PREJUDICE as to all claims and as to all Defendants.

Dated: July 16, 2010                           LAW OFFICES OF KENNETH FRUCHT


                                               /s/__Kenneth Frucht_____
                                               Kenneth N. Frucht
                                               Attorney For Plaintiff

IT IS SO ORDERED
Judge Phyllis J. Hamilton

7/19/10